November 3, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

SUSAN COMBS, COMPTROLLER, TEXAS HIGHER EDUCATION
COORDINATING BOARD, RAYMUND PAREDES, COMMISSIONER, IN HIS
OFFICIAL CAPACITY, LONE STAR COLLEGE SYSTEMS, RICHARD
CARPENTER, AND THE STATE OF TEXAS, Appellants

NO. 14-11-00800-CV                    V.
NO. 14-11-00801-CV

IMMIGRATION REFORM COALITION OF TEXAS, Appellee
_____

Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on August 22, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.